AO-10 +
• Rev. 1/97

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR Y A 1904

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>KEARSE, AMALYA L. | 2. Court or Organization<br><br>COURT OF APPEALS, 2D CIRCUIT | 3. Date of Report<br><br>04/20/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE | 5. Report Type (check appropriate type)<br>___ Nomination. Date / /<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>01/01/04 - 12/31/04 |
| 7. Chambers or Office Address<br>U.S. COURTHOUSE<br>FOLEY SQUARE<br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee, Director | ███████ Memorial Scholarship Fund |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| '69, '79 | Hughes Hubbard & Reed - ███████ Return of July 1979 Re |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 2 & 8 | Devyn Press Royalties | $ 430.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions)

| SOURCE | DESCRIPTION |
|--------|-------------|
| [X] NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse
indicate other gifts received by spouse and dependent children,                33 of Ins                "(DC)"

| SOURCE | | |
|--------|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, per
for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions

| CREDITOR | DESCRIPTION | VALUE CODE* |
|----------|-------------|-------------|
| [ ] ...portable liabilities) | | |
| Capital One | Bank loan | K |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000  L=$50,001-$100,000   M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemp-tion) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Clinton Assoc. Ptnp | | None | J | W | | | | | |
| 2 Int'l Constructors Ptnp | A | Interest | J | W | | | | | |
| 3 T Rowe Price Eq Inc Mutual Fund | A | Dividend | J | T | Sold | 1/20 | J | | |
| 4 Urban Improvement 1975 Ptnp | A | Interest | J | W | | | | | |
| 5 Janus Twenty Mutual Fund | | None | J | T | | | | | |
| 6 IRA Janus Fund | | None | K | T | Rollovr | 9/1 | K | | |
| 7 IRA Janus MidCap Value Fund | | None | L | T | Rollovr | 9/1 | K | | |
| 8 Janus Fund | | None | | | SoldAll | 6/23 | L | | |
| 9 Janus Money Market Fund | A | Dividend | J | T | | | | | |
| 10 T Rowe Price Money Market Fund | A | Dividend | J | T | | | | | |
| 11 Ericsson Telephone | | None | | | Donated | 12/17 | J | | |
| 12 T Rowe Price MidCap Growth Fund | | None | L | T | | | | | |
| 13 Citibank Mone Market | A | Interest | J | T | | | | | |
| 14 Scientific Atlant Co. | A | Dividend | L | T | | | | | |
| 15 Legg Mason Value Fund | | None | K | T | | | | | |
| 16 T Rowe Price Science & Tech Fund | | None | | | Sold | 1/20 | J | | |
| 17 T Rowe Price Science & Tech Fund | | None | | | SoldAll | 9/1 | J | | |
| 18 ISI Logic | | None | J | T | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 G=$100,001-$1,000,000 | D=$5,001-$15,000 H1=$1,000,001-$5,000,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|---|
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less O=$500,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=$50,000,001 or more | M=$100,001-$250,000 N=$250,001-$500,000 P2=$5,000,001-$25,000,000 | |
| 3 Val Mth Cds: (Col. C2) | O=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, redemp- tion) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 LSI Logic | | None | K | T | Bot | 6/20 | | | |
| 20 LSI Logic | | None | J | T | Bot | 7/8 | J | | |
| 21 Wasatch Core Growth | A | Dividend | K | T | | | | | |
| 22 Global Crossing | | None | | T | Bot | 3/22 | | | |
| 23 Rite Aid Corp. | | None | J | T | | | | | |
| 24 Bear Stearns Money Market Portfolio | A | Dividend | J | T | | | | | |
| 25 Bally Total Fitness | | None | J | T | | | | | |
| 26 Koninklijke Ahold | | None | J | T | | | | | |
| 27 IndyMac Bancorp | B | Dividend | K | T | | | | | |
| 28 IndyMac Bancorp | A | Dividend | J | T | Bot | 9/2 | J | | |
| 29 Selected American Shares | A | Dividend | K | T | | | | | |
| 30 Selected American Shares | A | Dividend | K | T | Bot | 9/1 | K | | |
| 31 Selected Special Shares | A | Dividend | K | T | | | | | |
| 32 Legg Mason Opportunity Fund | | None | K | T | | | | | |
| 33 T Rowe Price Media & Telecom. Fund | | None | J | T | Bot | 9/2 | J | | |
| 34 Liberty Media A | | None | J | T | Bot | 1/20 | J | | |
| 35 Liberty Media Int'l A | | None | | | Spinoff | 6/2 | | | |
| 36 Liberty Media Int'l A | | None | | | SoldAll | 7/21 | | | |

1 Inc/Gain Cds: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1,D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Cds:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1,D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Cds:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 Liberty Media Int'l A | A | Distrib. | | | SoldAll | 9/31 | J | A | |
| 38 Wireless Age Communications | | None | J | T | Bot | 7/20 | J | | |
| 39 Immunicon | | None | J | T | Bot | 7/7 | | | |
| 40 Veeco Instruments | | None | J | T | Bot | 7/7 | | | |
| 41 Veeco Instruments | | None | J | T | Bot | 7/20 | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|---|---|
| 2 Val Cds: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P4=$50,000,001 or more | N=$250,001-$500,000 |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

All investments shown in previous report as having no value at end of reporting period were sold, dissolved, or otherwise disposed of during that period and have been deleted from form.

Global Crossing went into liquidation with no plan for reorganization or distribution; the stock was declared worthless in 2004. It will not be shown on future reports.

The Liberty Media Int'l A entry shown as "Distribution" represents the issuance of "warrants," which were sold, as indicated.

All shares of Ericsson Telephone Co. shown as remaining in report for 2003 were donated to charity in 2004.

Part of IRA Janus Fund was rolled over into IRA Janus MidCap Value Fund.

Multiple entries for the same security, required in prior report because purchased on different dates, have been consolidated.